IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02189-BNB

MARJORIE A. CREAMER,
    Plaintiff,

v.

BANK OF CHOICE, et al.,
PERSONNEL,
STOCKHOLDERS, and
TRUSTEES,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 8 2010

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff initiated this action by submitting to the Court *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. In an order filed on September 8, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Plaintiff to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Boland advised Plaintiff that the affidavit in support of the *in forma pauperis* motion was incomplete and not notarized and that Plaintiff also had not indicated on the motion whether she was requesting service by the United States Marshal. Plaintiff was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days. The Court notes that Plaintiff did request service by the United States Marshal in a letter to the Court that was filed on September 8, 2010.

On September 14, 2010, Plaintiff filed a letter to the Court that does not address the deficiencies identified in the September 8 order. On September 20, 2010, Plaintiff

filed a Motion for County Court Pleading and Exhibits to which she attached various exhibits that she apparently believes are relevant to her claims in this action. However, Plaintiff has failed to cure the deficiencies within the time allowed because she has not submitted a properly completed affidavit in support of her motion seeking leave to proceed *in forma pauperis* as directed in the September 8 order. The Court cannot determine whether the *in forma pauperis* motion should be granted without a properly completed affidavit. Therefore, the complaint and the action will be dismissed without prejudice for failure to comply with the order directing Plaintiff to submit a properly completed affidavit. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiencies as directed. It is

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (doc. #1) and the Motion for County Court Pleading and Exhibits (doc. #6) are denied as moot.

DATED at Denver, Colorado, this __18th__ day of __October__, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02186-BNB

Marjorie A. Creamer
705 S. Monroe
Smith Ctr., KS 66967

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/18/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk